[No. 13588-8-III.     Division Three.     May 11, 1995.]

KARNAIL VIRK, ET AL, *Appellants*, v. JUNE M. KNIGHT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-2-00097-7, Evan E. Sperline, J., entered August 30, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 17599-1-II.     Division Two.     May 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. WOOD, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00048-6, James B. Sawyer II, J., entered September 9, 1993. *Reversed* and *dismissed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.

[No. 17418-9-II.     Division Two.     May 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. HVIDSTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-1-01121-6, Wm. Thomas McPhee, J., entered August 5, 1993. *Reversed* and *remanded* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.